# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT L. JOHNSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:19-cv-01804-CLM-GMB |
| **MISS NURSE WILLIS, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 20, 2019, recommending this action be dismissed without prejudice as duplicative. Doc. 3. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, this action is due to be dismissed without prejudice as **DUPLICATIVE**. A Final Order will be entered.

**DONE** this 3rd day of January, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE